**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

KATHERINE LIGHT

     v.

HOTLINE TELECOMMUNICATIONS
and SEUNG JO KWAK

No. 02-CV-4357

Civil Action – Law

## ENTRY OF APPEARANCE

     KINDLY enter my appearance on behalf of the Defendant, Hotline Telecommunications,

in the above matter.

                      FORRY, ULLMAN, ULLMAN & FORRY, P.C.

By  _____
        ALAN S. BATTISTI
        Attorneys for Defendant,
          Hotline Telecommunications

        3400 Bath Pike
        Suite 312 Park Plaza Professional Center
        Bethlehem, Pa  18017
        (610) 332-3400

Dated:   September 16, 2002.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KATHERINE LIGHT<br><br>        v.<br><br>HOTLINE TELECOMMUNICATIONS<br>and SEUNG JO KWAK | No. 02-CV-4357<br><br>Civil Action – Law |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of my Entry of Appearance was served upon counsel this date

via U. S. first class mail, postage prepaid, as follows:

Peter N. Munsing, Esq.
Attorney at Law
939 Penn Avenue
Wyomissing, Pa  19610

FORRY, ULLMAN, ULLMAN & FORRY, P.C.

By  _____
ALAN S. BATTISTI
Attorneys for Defendant,
    Hotline Telecommunications

3400 Bath Pike
Suite 312 Park Plaza Professional Center
Bethlehem, Pa  18017
(610) 332-3400

Dated:   September 16, 2002.