IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATHERINE LIGHT

v.

HOTLINE TELECOMMUNICATIONS
and SEUNG JO KWAK

No. 02-CV-4357

Civil Action – Law

## DEFENDANT'S MOTION FOR REMAND AND/OR TRANSFER

The Defendant, Hotline Telecommunications, by and through its counsel, Forry, Ullman,

Ullman & Forry, P.C., hereby moves this Honorable Court for the entry of an Order remanding

this matter to the Court of Common Pleas of Berks County, Pennsylvania, and in support of this

Motion joins and/or incorporates in its entirety the Motion for Remand and/or Transfer of the

Defendant, Seung Jo Kwak.

FORRY, ULLMAN, ULLMAN & FORRY, P.C.

By  _____
ALAN S. BATTISTI
Attorneys for Defendant, Hotline Communications

3400 Bath Pike
Suite 312 Park Plaza Professional Center
Bethlehem, Pa  18017
(610) 332-3400

Dated:   September 16, 2002.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

KATHERINE LIGHT

     v.

HOTLINE TELECOMMUNICATIONS
and SEUNG JO KWAK

No. 02-CV-4357

Civil Action – Law

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the Motion for Remand and/or Transfer,

Memorandum of Law in Support, and proposed Order were served upon counsel and parties this

date via U.S. first class mail, postage prepaid, addressed as follows:

Peter N. Munsing, Esq.
Attorney at Law
939 Penn Avenue
Wyomissing, PA  19610

FORRY, ULLMAN, ULLMAN & FORRY, P.C.

By   _____

     ALAN S. BATTISTI
     Attorneys for Defendant,
       Hotline Telecommunications

     3400 Bath Pike
     Suite 312 Park Plaza Professional Center
     Bethlehem, Pa  18017
     (610) 332-3400

Dated:   September 16, 2002.