**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

KATHERINE LIGHT

v.

HOTLINE TELECOMMUNICATIONS
and SEUNG JO KWAK

No. 02-CV-4357

Civil Action – Law

**MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO REMAND AND/OR TRANSFER
ON BEHALF OF DEFENDANT, HOTLINE COMMUNICATIONS**

The Defendant, Hotline Telecommunications, hereby incorporates the Memorandum of Law

in Support of Motion to Remand and/or Transfer of Defendant, Seung Jo Kwak.

Respectfully submitted,

FORRY, ULLMAN, ULLMAN & FORRY, P.C.

By  _____
 ALAN S. BATTISTI
 Attorneys for Defendant,
  Hotline Telecommunications

 3400 Bath Pike
 Suite 312 Park Plaza Professional Center
 Bethlehem, Pa  18017
 (610) 332-3400

Dated:  September 16, 2002.