**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KATHERINE LIGHT<br><br>v.<br><br>HOTLINE TELECOMMUNICATIONS<br>and SEUNG JO KWAK | No. 02-CV-4357<br><br>Civil Action – Law |

## ORDER

      AND NOW, this _____ day of _____, 2002, upon consideration of the Motion of the Defendant, Hotline Communications, and the Response thereto, if any, of the Plaintiff,

      IT IS HEREBY ORDERED and DIRECTED that this matter is to be remanded and transferred from the United States District Court for the Eastern District of Pennsylvania to the Prothonotary of the Court of Common Pleas of Berks County, Pennsylvania.

BY THE COURT:

_____
                                                                  J.