**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KATHERINE LIGHT | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-4357 |
| | : | |
| | : | |
| HOTLINE TELECOMMUNICATIONS | : | |
| and SEUNG JO KWAK | : | |

## **ORDER**

AND NOW, this 25th day of September, 2002, the Court having reviewed this matter and determined that this case is eligible for Arbitration, it is directed that the case be referred to Arbitration.

It is further directed that the Clerk of Court transfer this case from the Standard Track to the Arbitration Track and that the Arbitration Clerk schedule a hearing in this matter at the earliest possible date.

BY THE COURT:

_____
TIMOTHY J. SAVAGE      J.