# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHERINE LIGHT | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-4357 |
| | : | |
| HOTLINE TELECOMMUNICATIONS and SEUNG JO KWAK | : : | |

## ORDER

AND NOW, this 3rd day of October, 2002, upon consideration of defendants' Motion to Remand and the plaintiff's response, the Motion to Remand is **DENIED**.

BY THE COURT:

_____TIMOTHY J. SAVAGE, J.