IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHERINE LIGHT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-4357 |
| HOTLINE TELECOMMUNICATIONS, ET AL. | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Friday, January 10, 2003. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.** NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court


By:_____
Stephen Sonnie
Deputy Clerk
Phone:267-299-7074

Date: October 24, 2002

Copies:   Harry Grace, Courtroom Deputy to Judge Savage
Docket Clerk - Case File

   Counsel:   Peter N. Munsing, Esq.
Alan S. Battisti, Esq.

ARB2.FRM