IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHERINE LIGHT | : | CIVIL ACTION |
| vs. | : | |
| HOTLINE TELECOMMUNICATIONS, SEUNG JO KWAK | : | |
| | : | NO. 02-4357 |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been rescheduled for ARBITRATION at 9:30 am on Thursday, March 13, 2003*.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

*Case continued from January 10, 2003
**NO FURTHER CONTINUANCES
WILL BE GRANTED WITHOUT
COURT APPROVAL***

By:_____
ADRIENNE MANN for
STEVE SONNIE
Deputy Clerk
Phone:267-299-7074

Date: January 7, 2003

Copies:    Harry Grace, Courtroom Deputy to Judge Savage
Docket Clerk - Case File

    Counsel:    Peter N. Munsing, Esq.
            Alan S. Battisti, Esq.

    Arbitrators:

ARB2.FRM