IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHERINE LIGHT** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 02-CV-4357** |
| | : | |
| | : | |
| **HOTLINE TELECOMMUNICATIONS** | : | |
| **and SEUNG JO KWAK** | : | |

## ORDER

AND NOW, this 13th day of March, 2003, upon consideration of the Joint Motion for Continuance (Document No. 23), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the arbitration presently scheduled for March 13, 2003, shall be continued for a period no longer than thirty (30) days. The Clerk is directed to set an arbitration date no later than April 14, 2003.

BY THE COURT:

_____
TIMOTHY J. SAVAGE, J.