IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHERINE LIGHT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-4357 |
| HOTLINE TELECOMMUNICATIONS, ET AL. | : | |
| | : | |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been rescheduled for ARBITRATION at 9:30 am on **Thursday, April 10, 2003. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

**Case continued from March 13, 2003.

By:_____
Stephen Sonnie
Deputy Clerk
Phone:267-299-7074

Date: March 25, 2003

Copies:   Harry Grace, Courtroom Deputy to Judge Savage
          Docket Clerk - Case File

          Counsel:   Peter N. Munsing, Esq.
                     Alan S. Battisti, Esq.
                     Autherine Smith, Esq., Arbitrator
                     Peter Levin, Esq., Arbitrator
                     Clayton Thomas, Esq., Arbitrator

ARB2.FRM