IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHERINE LIGHT** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 02-CV-4357 |
| | : | |
| | : | |
| **HOTLINE TELECOMMUNICATIONS** | : | |
| **and SEUNG JO KWAK** | : | |

## ORDER

**AND NOW**, this 10th day of April, 2003, it having been reported that the issues between the parties have been settled as set forth in the Stipulation placing the matter into binding arbitration and upon Order of the Court, pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

_____
TIMOTHY J. SAVAGE, J.